1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11   ANTHONY CONNERS,                    Case No. 2:19-cv-07147-JWH-SHK
12                      Plaintiff,
                                         **ORDER ACCEPTING FINDINGS**
13               v.                      **AND RECOMMENDATION OF**
                                         **UNITED STATES MAGISTRATE**
14   KATHY, et al.,                      **JUDGE**
15                      Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended

2   Complaint ("SAC"), Defendants' Motion to Dismiss ("MTD") the SAC,

3   Plaintiff's Motion for Judgment on the Pleadings ("MJP"), the relevant records on

4   file, and the Report and Recommendation ("R&R") of the United States

5   Magistrate Judge.  The Court has engaged in a *de novo* review of those portions of

6   the R&R to which Plaintiff has objected.  The Court accepts the findings and

7   recommendation of the Magistrate Judge.

8    To the extent that Plaintiff attempts to raise new claims and arguments in his

9   Objections to the Magistrate Judge's Report and Recommendation, the Court

10   declines to exercise its discretion to address those new arguments formally.  *See*

11   *United States v. Howell*, 231 F.3d 615, 631-22 (9th Cir. 2000) (district judge did not

12   abuse discretion in refusing to consider factual allegations not presented to the

13   magistrate judge); *see also Brown v. Roe*, 279 F.3d 742, 744–45 (9th Cir. 2002)

14   (stating that a district court has discretion, but is not required, to consider evidence

15   or claims presented for the first time in objections to a report and

16   recommendation).  Nevertheless, the Court has considered each of Petitioner's

17   proposed claims and arguments and concludes that they do not warrant further

18   analysis at this time.

19    It is therefore **ORDERED** as follows:

20    1.    Defendants' MTD claim one from the SAC is **GRANTED** and

21   Defendant Catherine Giron is **DISMISSED** from this action.

22    2.    Defendants' MTD claim two from the SAC is **DENIED**.

23    3.    Defendants' MTD based upon qualified immunity is **DENIED**.

24

25

26

27

28                                      2

4.    Plaintiff's MJP is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Dated: January 18, 2023

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge

3