UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CONNERS,<br><br>　　　　　　　　PLAINTIFF(S),<br>v.<br>KATHY, ET AL.,<br>　　　　　　　　DEFENDANTS. | **CASE NUMBER**<br>CV 19-7147-AH(SHKx)<br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANT(S)**<br>**JS-6** |

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

　　This action having been tried before the Court sitting with a jury, the Honorable ANNE HWANG, District Judge, presiding; and the issues having been duly tried and the jury having duly rendered its verdict,

　　IT IS ORDERED AND ADJUDGED that the plaintiff(s) ANTHONY CONNERS, take nothing; and that the defendant(s) MICHAEL VAN NORMAN, pursuant to the verdict filed June 27, 2025, said action be dismissed on the merits.

Dated  JUNE 30, 2025
at　　　3:55 P.M.

CLERK, U.S. DISTRICT COURT

By /s/ Yolanda Skipper
　　Deputy Clerk

cc:　Counsel of record